IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| CHEN LUNXI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:19-cv-1027 (AJT/TCB) |
| | ) | |
| JOHN DOE, *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **ORDER**

This matter is before the Court on the Report and Recommendation [Doc. No. 19] of the Magistrate Judge recommending that Plaintiff's Motion for Default Judgment [Doc. No. 10] be granted, and that a default judgment be entered in favor of Plaintiff and against all Defendants except Defendant 72.com; that Verisign, Inc. be required to take the necessary steps to change the registrar of record for Defendant Domain Names (191.com, 223.com, 282.com, 030.com, 8256.com, 8028.com, 6910.com, and 4589.com) to Plaintiff as directed by Plaintiff's counsel; and to dismiss without prejudice Counts I, II, and III of Plaintiff's Verified Complaint. The Magistrate Judge advised the parties that objections to the Proposed Findings of Fact and Recommendations must be filed within fourteen days of service and that failure to object waives appellate review. No objections have been filed. Having conducted a *de novo* review of the record, the Court adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that the Report and Recommendation [Doc. No. 19] be, and the same hereby is, ADOPTED; and it is further

ORDERED that Plaintiff's Motion for Default Judgment [Doc. No. 10] be, and the same hereby is, GRANTED; and it is further

ORDERED that a default judgment be entered in favor of Plaintiff and against Defendants Doe and Domain Names 191.com, 223.com, 282.com, 030.com, 8256.com, 8028.com, 6910.com, and 4589.com; and it is further

ORDERED that Verisign, Inc. shall take the necessary steps to change the registrar of record for Defendant Domain Names 191.com, 223.com, 282.com, 030.com, 8256.com, 8028.com, 6910.com, and 4589.com to Plaintiff as directed by Plaintiff's counsel; and it is further

ORDERED that Counts I, II, and III of Plaintiff's verified complaint shall be dismissed without prejudice against Doe and Domain Names 191.com, 223.com, 282.com, 030.com, 8256.com, 8028.com, 6910.com, and 4589.com.

The Clerk is directed to forward copies of this Order to all counsel of record.

_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
April 27, 2020